UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC JAMES LATOSKI,

        Plaintiff,                           Case No. 2:26-cv-11049
                                            Honorable Linda V. Parker

v.

SAGINAW CHIPPEWA TRIBAL
POLICE DEPARTMENT, ET AL,

        Defendants.
_____/

## ORDER SUMMARILY DISMISSING CASE

On March 31, 2026, Midland County Jail prisoner Eric James Latoski filed this prisoner civil rights case and an application to proceed without prepaying fees or costs.   (ECF Nos. 1, 2.)   Plaintiff did not submit the required documentation to support his application to proceed without prepayment, however.   (*See* ECF No. 2.)   The Court issued an Order to Correct Deficiency on April 1, 2026, informing Plaintiff of his filing deficiency, and notifying him that if he did not submit the required documentation or pay the filing fee by May 2, 2026, the case may be dismissed.   (ECF No. 3.)   The order was returned as undeliverable because Plaintiff failed to update his address with the Court.   (ECF No. 5.)

The time for correcting the filing deficiency has expired.   In light of Plaintiff's failure to correct his filing deficiency and failure to update his address,

the Complaint is **DISMISSED WITHOUT PREJUDICE** for want of

prosecution.   *See* Fed. R. Civ. P. 41(b); *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th

Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

    **SO ORDERED**.

s/ Linda V. Parker<br>
LINDA  V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: May 6, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of
record and/or pro se parties on this date, May 6, 2026, by electronic and/or U.S.
First Class mail.

s/Aaron Flanigan<br>
Case Manager